**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHELSEA G. SZCZENIUK** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-4228** |
| | : | |
| **US SUPPLY COMPANY, INC.** | : | |
| **JOSEPH SZCZESNIUK** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-4453** |
| | : | |
| **US SUPPLY COMPANY, INC.** | : | |

# ORDER

**AND NOW**, this 21st day of August 2026, upon considering defendant's motions for summary judgment (DI 26, 27), plaintiff's oppositions (DI 28, 29), defendant's replies (DI 29, 30), and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motions for summary judgment in the above captioned cases (DI 26, 27) are **GRANTED** and the Clerk of Court shall **close** both cases.

**MURPHY, J.**